UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60212-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs. **O R D E R**

ADRIAN TREMAYNE WILSON,

      Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 250) filed herein by United States Magistrate Judge Patrick M. Hunt. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 250), Magistrate Judge Hunt recommends that all of the Motions To Withdraw (DE Nos. 233, 240, 243, & 244), filed by Defendant Wilson and his current counsel William Clay, Esq., be denied as Defendant Wilson's present competency to proceed with his sentencing has not yet been determined. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Wilson's Objection To Report And Recommendation (DE 253) be and the same are hereby **OVERRULED**;

2. The Report And Recommendation (DE 250) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is

hereby approved, adopted, and ratified by the Court;

3. The Motions To Withdraw (DE Nos. 233, 240, 243, & 244), filed by Defendant Wilson and his current counsel William Clay, Esq., be and the same are hereby **DENIED**; and

4. Both a Competency Hearing, and pending the result of said Competency Hearing, Sentencing for Defendant Adrian Tremayne Wilson are hereby set for Tuesday, October 16, 2018 at 10:00 A.M., Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of September, 2018.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record